FILED BY _____ D.C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 DEC 14 AM 6:48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D _____ MPHIS

| | |
|---|---|
| LAURA McCULLOUGH, | |
| Plaintiffs, | |
| vs. | Case No.: 2:2004 cv 2307 |
| WYETH, INC. f/k/a American Home Products Corporation, | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

THE PARTIES HEREBY STIPULATE, as evidenced by the signatures of counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), to the dismissal of this action with prejudice. It is further stipulated and agreed by and between the parties, that they have fully compromised and settled their dispute, having entered into a final settlement agreement.

IT IS HEREBY STIPULATED, subject to the approval of the Court, that this action is hereby dismissed with prejudice. Each party shall bear its own costs and counsel fees.

APPROVED AND SO ORDERED:

_____
Honorable Bernice B. Donald

DATE: 12-13-2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __12/9/05__

1



AGREED TO:

*signature: Levi Boone w/ permission by [JE]*

Levi Boone, III, Esq.
BOONE LAW FIRM, PA
401 W. Sunflower Road
Cleveland, Mississippi 38732-2641

*Counsel for Plaintiffs*


*signature*

Timothy R. Johnson, Esq.
Jennifer M. Eberle, Esq.
BASS, BERRY & SIMS PLC
The Tower at Peabody Place
100 Peabody Place
Suite 900
Memphis, Tennessee 38103

Samuel L. Felker, Esq.
BASS, BERRY & SIMS PLC
315 Deaderick Street
AmSouth Center
Suite 2700
Nashville, Tennessee 37328-3001

*Counsel for Defendant Wyeth*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:04-CV-02307 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Darren Nicholson
ARNOLD & PORTER
555 Twelfth St., N.W.
Washington, DC 20005

Samuel L. Felker
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Jennifer M. Eberle
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

Levi Boone
BOONE LAW FIRM, P.A.
P.O. Box 1772
Cleveland, MS 38732

Eric Alexander
ARNOLD & PORTER
555 Twelfth St., N.W.
Washington, DC 20005

Honorable Bernice Donald
US DISTRICT COURT