UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /s/ ___ D.C.

05 DEC 23 PM 1:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

LAURA MCCULLOUGH,
JAMES MCCULLOUGH

JUDGMENT IN A CIVIL CASE

v.

WYETH, INC.
f/k/a AMERICAN HOME
PRODUCTS CORPORATION

CASE NO: 04-2307-D

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation Of Dismissal With Prejudice entered on December 19, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_/s/ Bernice B. Donald_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

12-23-2005
Date

THOMAS M. GOULD
Clerk of Court

_/s/_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12/28/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE

# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:04-CV-02307 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

Eric Alexander
ARNOLD & PORTER
555 Twelfth St., N.W.
Washington, DC 20005

Jennifer M. Eberle
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

Samuel L. Felker
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Darren Nicholson
ARNOLD & PORTER
555 Twelfth St., N.W.
Washington, DC 20005

Levi Boone
BOONE LAW FIRM, P.A.
P.O. Box 1772
Cleveland, MS 38732

Honorable Bernice Donald
US DISTRICT COURT